IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK WOLF CONSULTING, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AEU BENEFITS, LLC, AEU HOLDINGS, LLC, ) <br> STEPHEN M. SATLER, an individual, STEVEN ) <br> GOLDBERG, an individual, VERITAS HEALTH ) <br> SYSTEMS ADMINISTRATOR AND ) <br> INSURANCE SERVICES, INC., VERITAS PEO ) <br> LLC, CHARLES LAMANTIA, an individual, ) <br> JAMES D'IORIO, an individual, SD TRUST ) <br> ADVISORS, L.L.C. d/b/a SD TRUST ADVISORS ) <br> LLC OR SD INVESTMENT ADVISORS LLC, ) <br> THOMAS B. STOUGHTON, an individual, ) <br> TALL TREE ADMINISTRATORS, LLC, ) <br> MARK SELMAN, an individual, BENEFIT ) <br> PLAN ADMINISTRATORS, INC., THOMAS ) <br> CARDWELL, an individual, AND DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-00108 <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATION
FOR PLAINTIFF'S OMNIBUS MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Black Wolf Consulting, Inc. ("Black Wolf") hereby requests permission to file its omnibus memorandum not to exceed 20 pages in response to Defendants' separate Motions to Dismiss Plaintiff's Complaint.

1. Pursuant to Local Rule 7.1, Plaintiff's response may not exceed fifteen pages.

2. Due to the number of defendants, and the number of issues raised in Defendants' separate Motions to Dismiss, Black Wolf respectfully requests the Court for an Order granting Black Wolf an additional five (5) pages (for a total of twenty (20) pages) for its Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss.

3.    Defendants do not object to this extension of Black Wolf's page limitation.

**WHEREFORE**, Plaintiff, Black Wolf, requests that the Court enter an Order granting this Motion, extending the page limitation for its Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss to a total of twenty (20) pages, and such other further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

| BLACK WOLF CONSULTING, INC. | DEFENDANTS |
|---|---|
| /s/ Timothy Ray | /s/ Lyndsay I. Ignasiak |
| Timothy Ray (#6230099)<br>Rachel C. Agius (#6322386)<br>Tammy Tabush (#6327671)<br>HOLLAND & KNIGHT LLP<br>131 S. Dearborn St., 30th Floor<br>Chicago, Illinois 60603<br>(312) 263-3600<br>Fax: (312) 578-6666<br>Timothy.ray@hklaw.com<br>Rachel.agius@hklaw.com<br>Tammy.tabush@hklaw.com | Lyndsay I. Ignasiak<br>Logan C. Hughes<br>REMINGER CO., L.P.A.<br>College Park Plaza<br>8909 Purdue Road, Suite 200<br>Indianapolis, IN 46268<br>Tel: (317) 853-7372<br>Fax: (317) 228-0943<br>lignasiak@reminger.com<br>lhughes@reminger.com |
| | /s/ Steven Press |
| | BAKER DONELSON BEARMAN CALDWELL &<br>BERKOWITZ, PC<br>Baker Donelson Center, Suite 800<br>211 Commerce Street<br>Nashville, TN 37201<br>spress@bakerdonelson.com |
| | Howard L. Mocerf<br>mocerfh@gtlaw.com<br>Elizabeth Susan Ralph<br>Greenberg Traurig LLP<br>Tiffany S. Fordyce<br>fordycet@gtlaw.com<br>77 W. Wacker Dr.<br>Suite 3100<br>Chicago, IL 60601 |

(312) 476-5014
ralphe@gtlaw.com

/s/ Elliot A. Hallak

Harris Beach PLLC
Elliot A. Hallak, Esq.
*Admitted Pro Hac Vice*
677 Broadway, Suite 1101
Albany, New York 12207
Telephone: (518) 701-2748
Facsimile: (518) 427-0235
ehallak@harrisbeach.com

/s/ John D. Dalton

John D. Dalton (ARDC No. 6197108)
Monica V. Banasiuk (ARDC No. 6310967)
Kaufman Dolowich & Voluck, LLP
135 S. LaSalle Street, Suite 2100
Chicago, Illinois 60601
(312) 759-1400

/s/ Drew G.A. Peel

Drew G.A. Peel (ARDC# 6209713)
Kevin B. Duff (ARDC# 6210491)
RACHLIS DUFF ADLER PEEL & KAPLAN, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
(312) 733-3950 (gen.)
(312) 733-3952 (fax)
dpeel@rdaplaw.net
kduff@rdaplaw.net

Christopher A. Smith (Admitted *Pro Hac Vice*)

TRIVELLA & FORTE, LLP
1311 Mamaroneck Ave., Suite 170
White Plains, New York 10605
(914) 949-9075 (gen.)
(914) 949-4752 (fax)
111csmith111@gmail.com

Case: 1:18-cv-00108 Document #: 93 Filed: 03/28/18 Page 3 of 4 PageID #:841

/s/ Terrence P. Canade

Terrence P. Canade
tcanade@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-1862 (T. Canade)